UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA,

v.

SOMPHALAVANH
SOPHANTHAVONG and
PHONEKHIM SAVANPHAYPHAN,

Defendants.

Case No. 3:12-CR-00063-BR

PROTECTIVE ORDER PERTAINING
TO DISCOVERY

Upon motion of the United States, the Court being advised as to the nature of this case,

and there being no objection by the parties, it is hereby:

ORDERED that pursuant to Rule 16(d)(1), Federal Rules of Criminal Procedure, counsel

of record for defendant shall not provide defendant with copies of any discovery material

produced by the government which contain:

(a)     personal identifying information of any individual, including without limitation,

        any individual's date of birth, social security number, current address, telephone

        number, email address, driver's license number, professional license number, or

        family members' names ("Personal Information") unless it belongs to the

        individual defendant or defendant's family; or

**Protective Order Pertaining to Discovery**                          **Page 1**

(b)     financial information of any individual or business, including without limitation, bank account numbers, credit or debit card numbers, account passwords, account names and contact information, account history, account balances, account statements, or taxpayer identification numbers ("Financial Information") unless it belong to the individual defendant or defendant's family, unless defense counsel first redacts the Personal Information and Financial Information from the discovery material.  The government agrees to make reasonable efforts to redact personal and financial information from investigative reports so that those can be provided to defendant.

IT IS FURTHER ORDERED that defendant is allowed to view the unredacted discovery in the possession of defense counsel, but neither defense counsel nor defendant shall provide any unredacted discovery material produced by the government to any person not a party to this case without the government's express written permission, except that defense counsel may provide discovery material to those persons who are necessary to assist counsel of record in preparation for trial or other proceedings.

Dated this ____ day of March, 2012.

_____
The Honorable Anna J. Brown
United States District Court Judge

Presented by:

S. AMANDA MARSHALL
United States Attorney

/s/ Scott Erik Asphaug
SCOTT ERIK ASPHAUG
Assistant United States Attorney
(503) 727-1000

**Protective Order Pertaining to Discovery**                          **Page 2**